PRETRIAL DIVERSION AGREEMENT
IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

IN RE MUSTAPHA KAWEESA                    INFORMATION NO.: 1:22-cr-061

The Court having been advised that Mustapha Kaweesa has entered into a

pretrial diversion agreement dated April 19, 2023, with the United States

Attorney's Office. A copy of this agreement is attached to this order and

incorporated by reference.

The pretrial diversion agreement is accepted and pursuant to Title 18,

United States Code, Section 3161(h)(2), the Court shall exclude from the time

calculation under the Speedy Trial Act the time between April 19, 2023 and the

conclusion of the prosecution deferment period.

SO ORDERED this 20th day of April 2023.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) CHARGES: 18 U.S.C. §§ 7 & 13 |
| MUSTAPHA KAWEESA | )     O.C.G.A. § 40-6-391(a)(1) |
| PRE-TRIAL DIVERSION | ) |
| | )     18 U.S.C. §§ 7 & 13 |
| | )     O.C.G.A. § 40-6-391(a)(5) |

## AGREEMENT FOR PRETRIAL DIVERSION

MR. MUSTAPHA KAWEESA and the United States Attorney for the

Southern District of Georgia and the Department of Justice, Criminal Section

(collectively, "the government") have reached an agreement, terms and conditions

are as follow:

MR. KAWEESA acknowledges and agrees that on or about April 17, 2022, in

violation of the Official Code of Georgia Annotated 40-6-391, MR. KAWEESA

operated a vehicle while his alcohol concentration was 0.08 grams or more at any

time within three hours after such driving ending.

After an investigation of the offense and MR. KAWEESA's background, the

government believes that the interests of justice, the interests of the United States,

and MR. KAWEESA's own interests will best be served by completing a pre-trial

diversion program.

Therefore, upon his acceptance of responsibility for his behavior and by his

signature on this Agreement, on the authority of the Attorney General of the United

States, by, Jill E. Steinberg, United States Attorney for the Southern District of

Georgia, prosecution in this District for this offense shall be deferred for the period of

1

 12 months from this date, provided he abides by the following conditions and the
requirements of the program set out below.

## CONDITIONS OF PRETRIAL DIVERSION

1. Report as directed by the supervising Probation Officer and keep
him informed of your whereabouts.

2. Report as soon as possible to the supervising Probation Officer any
contact with law enforcement personnel, including, but not limited to,
any arrest, questioning, or traffic stop.

3. Refrain from committing a violation of any law (federal, state, and
local). You shall immediately contact your Probation Officer if arrested
and/or questioned by any law enforcement officer.

4. Refrain from the use of alcohol.

5. Submit to a drug and alcohol abuse evaluation recommended or
approved by the supervising Probation Officer.  If applicable, enroll in
and complete a drug and alcohol abuse counseling and treatment
program.  If enrollment is recommended, the program must include
regular drug and alcohol testing. Upon request, provide the
supervising Probation Officer with documentation verifying ongoing
compliance with the program. Provide proof of completion of the
program on or before completion of the Pretrial Diversion program.

6. Refrain from possessing a firearm, destructive device, or other
dangerous weapon.

7. Submit monthly Pretrial Diversion Reports.

8. You shall continue to live in the Northern District of Georgia. If you
intend to move out of your district, you shall inform your Probation
Officer so that the appropriate transfer of program responsibilities can
be made.

2

9. You shall restrict your travel to the Northern District of Georgia, except for employment related travel as approved by the supervising officer.

The determination of whether **MR. KAWEESA** has committed a violation of any of the above conditions rests exclusively with the government. Should he violate any of the conditions of this supervision, the government may revoke or modify any condition of this Pretrial Diversion Agreement or may initiate prosecution of him for the offense specified herein. If the government should elect to prosecute him following a violation of this Agreement, all admissions set forth on the first page of this Agreement may be admitted into evidence at his trial.

The Sixth Amendment to the Constitution of the United States provides that in all criminal prosecutions the accused shall enjoy the right to a speedy and public trial and the right to an attorney. Additionally, Rule 48(b) of the Federal Rules of Criminal Procedure provides that the Court may dismiss an indictment, information, or complaint for unnecessary delay in presenting a charge to the Grand Jury, filing an information or in bringing a defendant to trial. In the event that prosecution of this matter is reinstated, **MR. KAWEESA** agrees that he will waive any defense on the grounds that the delay from the date of this agreement and twelve (12) months thereafter operated to deny him a right to a speedy trial under the Sixth Amendment to the United States Constitution, Rule 48(b) of the Federal Rules of Criminal Procedure, the Speedy Trial Act (18 U.S.C. Section 3161 et seq.), or based the pertinent statute of limitations.

3

If, upon completion of the period of supervision, a pretrial diversion report is received indicating compliance with all the rules, regulations, and conditions mentioned above, the government shall seek no further prosecution of him for the offense specified herein.

This agreement contains the entire agreement between the government and Defendant.

FOR Lamorne Blissett, Special Asst US Attorney     Date     19APR 2023

John P. Manton, III, Defense Attorney     Date     4-19-23

I hereby state that the above has been read and explained to me. I understand the conditions of my pretrial diversion and agree that I will comply with them.

Mustapha Kaweesa     Date     10th/April/2023